

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable O. E. Gerron
County Attorney
Ector County
Odessa, Texas

Dear Sir;

Opinion No. O-4448
Re: Texas Defense Guard -
Commissioners' Court

Your request for opinion has been received and care-
fully considered by this department. We quote from your re-
quest as follows:

"Title 94, Article 5891a, Section 4, of
the Vernon's Texas Civil Statutues provides as
follows:

"'For the use of such forces, the Gov-
ernor is hereby authorized to requisition
from the Secretary of War such arms and
equipment as may be in possession of, and
can be spared by, the War Department; and
to make available to such forces the facil-
ities of State armories and their equip-
ment and such other State premises and pro-
perty as may be available; . . . provided
further that County Commissioners Courts,
city authorities, communities, and civic
and patriotic organizations are empowered
and authorized by this act to provide funds,
armories, equipment, material, transporta-
tion, or other appropriate services or
facilities, to the Texas Defense Guard.'

"QUESTION:

"Would the Commissioners Court be author-
ized under this Section of the Statutes, to em-
ploy and pay, out of the County treasury, a
suitable and competent person to assist in
the training and instruction of the personel
of the Texas Defense Guard of Ector County,
such person to have full-time charge of the
Company's records, the enlistment of new
recruits, and the training of the local unit
of the Texas Defense Guard in military af-
fairs?

"Would the employment and paying of such
a person by Ector County, be authorized under
this section of the statutes as an appropriate
service?"

The above quoted statute grants broad authority to
the Commissioners' Court to aid the Texas Defense Guard.

It is our opinion that each of your questions should
be answered in the affirmative.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

(s) Wm. J. Fanning
Assistant

WJF:GO
APPROVED FEB. 27, 1942
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

F. O.